# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COACH, INC. and COACH SERVICES, INC.,

          Plaintiffs,

v.

SAMTAN LLC, D/B/A XCLUSIVE TAN; XCLUSIVE TAN LLC, D/B/A XCLUSIVE TAN; SWEET AVENUE LLC, D/B/A XCLUSIVE TAN; MARC T. PETRUSHA; TROY LEECE; And Unknown Defendants 1-10 (JOHN DOES),

          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Civil Action No. 2:12-cv-14920-GCS-MKM

Hon. George C. Steeh

Mag. Judge Mona K. Majzoub

## STIPULATION AND ORDER OF DISMISSAL OF XCLUSIVE TAN LLC, SWEET AVENUE LLC, AND TROY LEECE

**IT IS HEREBY STIPULATED AND AGREED** by Plaintiffs Coach, Inc., Coach Services, Inc., (collectively "Coach") and Defendants Xclusive Tan LLC, Sweet Avenue LLC, and Troy Leece (collectively the "Leece Defendants"), that this case be dismissed as to Leece Defendants only with prejudice and without costs or attorney's fees to any party. This stipulation does not dismiss Coach's case against Defendants Samtan LLC and Marc T. Petrusha.

                        Respectfully submitted,

| | |
|---|---|
| */s/Katherine Brooks* | */s/William J. Ewald (with consent)* |
| Joe Sadler (P71829) | William J. Ewald (P22839) |
| Katherine L. Brooks (P74511) | Frederick C. Overdier (P40684) |
| WARNER NORCROSS & JUDD LLP | BRAUN, KENDRICK FINKBEINER PLC |
| 900 Fifth Third Center | 4301 Fashion Square Blvd. |
| 111 Lyon Street, N.W. | Saginaw, Michigan 48603-1297 |
| Grand Rapids, MI 49503-2487 | 989-498-2100 |
| 616-752-2271 | wilewa@bkf-law.com |
| jsadler@wnj.com | *Attorneys for Defendants Troy Leece, Xclusive Tan, LLC, and Sweet Avenue, LLC* |
| kbrooks@wnj.com | |
| *Attorneys for Plaintiffs* | |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COACH, INC. and COACH SERVICES, INC.,

    Plaintiffs,

v.

SAMTAN LLC, D/B/A XCLUSIVE TAN; XCLUSIVE TAN LLC, D/B/A XCLUSIVE TAN; SWEET AVENUE LLC, D/B/A XCLUSIVE TAN; MARC T. PETRUSHA; TROY LEECE; And Unknown Defendants 1-10 (JOHN DOES),

    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Civil Action No. 2:12-cv-14920-GCS-MKM

Hon. George C. Steeh

Mag. Judge Mona K. Majzoub

## ORDER OF DISMISSAL OF XCLUSIVE TAN LLC, SWEET AVENUE LLC, AND TROY LEECE

This matter having come before this Court upon Stipulation of Coach, Inc., Coach Services, Inc., Xclusive Tan LLC, Sweet Avenue LLC, and Troy Leece and this Court being otherwise fully apprised in the matter,

**IT IS HEREBY ORDERED** that this matter is dismissed against Defendants Xclusive Tan LLC, Sweet Avenue LLC, and Troy Leece with prejudice and without costs or attorney's fees to any party.

**IT IS FURTHER ORDERED** that this Order does not dismiss Plaintiffs' case against Defendants Samtan LLC and Marc T. Petrusha.

IT IS SO ORDERED.

DATED: April 15, 2014                    s/George Caram Steeh

                                         Honorable George Caram Steeh
                                         UNITED STATES DISTRICT COURT JUDGE