UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


COACH, INC. and COACH SERVICES, INC.,

      Plaintiffs,                            Case No. 2:12-cv-14920
                                                Hon. George Caram Steeh
v.

SAMTAN LLC, d/b/a XCLUSIVE TAN;
XCLUSIVE TAN LLC, d/b/a XCLUSIVE TAN;
SWEET AVENUE LLC, d/b/a XCLUSIVE TAN;
MARK T. PETRUSH; TROY LEECE; and
Unknown Defendants 1-20 (JOHN DOES),

      Defendants.


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -


**STIPULATION AND ORDER OF DISMISSAL OF DEFENDANTS
SAMTAN LLC, d/b/a XCLUSIVE TAN, and MARC PETRUSHA
WITH PREJUDICE**


      IT IS HEREBY STIPULATED AND AGREED by Plaintiffs Coach, Inc.,

Coach Services, Inc., and Defendants Samtan LLC, d/b/a Xclusive Tan, and Marc

T. Petrusha that Defendants Samtan LLC,  d/b/a  Xclusive  Tan, and Marc T.

Petrusha be dismissed from this action with prejudice and without costs or attorney

fees to any party.

*/s/ Katherine L. Pullen* _____　　　_*/s/ Laura H. Selzer (with consent)*____

WARNER NORCROSS & JUDD, LLP　　MARTIN, BACON & MARTIN, PC
Attorneys for Plaintiffs　　　　　　　Attorneys for Defendants Samtan LLC
JOE SADLER (P71829)　　　　　　　d/b/a Xclusive Tan, and Mark Petrusha
KRISTINA M. ARAYA (P74507)　　　BY:   KEVIN L. MOFFATI (P34284)
KATHERINE L. PULLEN (P74511)　　　　 　LAURA H. SELZER (P53836)
900 Fifth Third Center　　　　　　　44 First Street
111 Lyon Street, N.W.　　　　　　　Mount Clemens, Ml 48043
Grand Rapids, Ml 49503-2487　　　　(586) 979-6500 TX/(586) 468-7016 FX
(616) 752-2271 TX/(616) 222-2271 FX　klm@martinbacon.com
jsadler@wnj.com　　　　　　　　　lhs@martinbacon.com
karaya@wnj.com
kbrooks@wnj.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


COACH, INC. and COACH SERVICES, INC.,

     Plaintiffs,

v.

SAMTAN LLC, d/b/a XCLUSIVE TAN;
XCLUSIVE TAN LLC, d/b/a XCLUSIVE TAN;
SWEET AVENUE LLC, d/b/a XCLUSIVE TAN;
MARC T. PETRUSH; TROY LEECE; and
Unknown Defendants 1-20 (JOHN DOES),

     Defendants.

Case No. 2:12-cv-14920
Hon. George Caram Steeh

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### ORDER OF DISMISSAL OF DEFENDANTS SAMTAN, LLC d/b/a XCLUSIVE TAN AND MARC T. PETRUSHA WITH PREJUDICE

This matter having come before this Court upon Stipulation of Coach, Inc., Coach Services, Inc., Samtan LLC, d/b/a Xclusive Tan, and Marc T. Petrusha and the Court being otherwise fully apprised in the matter,

IT IS HEREBY ORDERED that this matter is dismissed against Defendants Samtan LLC, d/b/a Xclusive Tan, and Marc T. Petrusha with prejudice and without costs or attorney's fees to any party.

This Order or Judgment disposes of the last pending claim and closes this case.

DATED:  May 22, 2014

s/George Caram Steeh

Honorable George Caram Steeh
UNITED      STATES      DISTRICT
JUDGE